**Order entered April 21, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-00852-CR

### HECTOR MANUEL CARREON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1711409-Q**

### ORDER

Before the Court is appellant's third motion for extension of time to file his brief. Appellant requests a ninety-day extension in light of the current Covid-19 pandemic, which has locked down prisons and hindered access to the prison law library. Appellant's motion is **GRANTED**. We **ORDER** appellant's brief to be filed by July 21, 2020.

We **DIRECT** the Clerk to **REMOVE** the above appeal from submission on May 26, 2020. The appeal will be resubmitted in due course.

/s/    DAVID L. BRIDGES
PRESIDING JUSTICE